UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BOBBIE J. STEVENSON                                   CIVIL ACTION

VERSUS                                                NO. 08-1178

N. BURL CAIN                                          SECTION "I" (6)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Bobbie J. Stevenson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 30th day of November, 2009.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE